IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MATEUS KID KATEBALO, | : |
| Petitioner, | : |
| v. | : |
| | CIVIL ACTION 07-0023-BH-M |
| ALBERTO GONZALES, | : |
| MICHAEL CHERTOFF, | |
| WARDEN DAVID O. STREIFF, | : |
| Respondents. | : |

**ORDER**

After due and proper consideration of all pleadings in this file, and there having been no objections filed,[1] the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this habeas petition be **DENIED** and that this action be **DISMISSED**.

**DONE** this 9th day of October, 2007.

                                                  s/ W. B. Hand
                                            SENIOR DISTRICT JUDGE

---

[1] The Report and Recommendation which was sent to the petitioner was returned as undeliverable, further evidence that his petition is moot by virtue of his deportation. Petitioner certainly failed to advise the Court of an alternate address as is his obligation.